IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

EUGENE E. VOLK,

    Petitioner,

  v.

CHERYL EPLETT,

    Respondent.

Case No. 19-cv-792-jdp

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing Eugene E. Volk's petition for a writ of habeas corpus.

| /s/ | 10/15/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |